**DISMISS and Opinion Filed March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00192-CV

## IN THE INTEREST OF T.N.A., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1094-W-304**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Bridges

The Court received a sealed clerk's record in this case. Appellant, who is pro se, did not specify in her notice of appeal the order or judgment she is appealing. The only appealable order in the sealed clerk's record is the trial court's June 2, 2014 decree terminating appellant's parental rights to her children. This termination decree has already been appealed to this Court under appellate cause number 05-14-00710-CV. In an opinion dated October 17, 2014, this Court affirmed the decree of termination. Accordingly, in a letter dated February 17, 2015, the Court instructed appellant to file a letter by March 2, 2015 stating the order or judgment she is appealing. We cautioned appellant that failure to comply with the Court's request by the deadline would result in the dismissal of her appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b) & (c). As of today's date, appellant has not filed a response.

In light of the facts that appellant failed to respond to this Court's letter and that the appeal of the termination decree is now final, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(a), (b) & (c).

150192F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.N.A., ET AL., CHILDREN

No. 05-15-00192-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. 12-1094-W-304.
Opinion delivered by Justice Bridges.
Justices Fillmore and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered March 19, 2015.